**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**Nancy Wood,**
       **Plaintiff(s),**

      **V.**

**Valentine & Kebartas, Inc.,**
       **Defendant(s),**

**CIVIL ACTION**

**NO. 12-40135- TSH**

**SETTLEMENT ORDER OF DISMISSAL**

**Hillman, D. J.**

The Court having been advised on  **November 16, 2012**  that the above-entitled action has been settled;

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within sixty (60) days if settlement is not consummated.

                        **By the Court,**

**November 16, 2012**              **/s/ Martin Castles**
    **Date**                               **Deputy Clerk**